United States District Court
Southern District of Texas
**ENTERED**
August 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BLATHE NICOLE SLOUGH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. H-21-1318 |
| | § | |
| LEGACY HOME HEALTH AGENCY, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Legacy Home Health Agency, Inc.'s motion to dismiss in favor of arbitration, (Docket Entry No. 11), is granted. Blathe Slough's claims against Legacy are dismissed, without prejudice. Slough's motion for leave to amend, (Docket Entry No. 12), is denied as moot.

SIGNED on August 3, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge